■ In the Matter of JOHN B. COSGROVE, for Reinstatement to the Practice of Law in the State of New York. [879 NYS2d 800]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed June 1, 2009.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILMY GARRIDO-VALDEZ, Appellant. [879 NYS2d 804]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Centra, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [879 NYS2d 804]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

■ In the Matter of SEPHORA K. DAVIS, Petitioner, v JOAN S. KOHOUT, as Acting Livingston County Court Judge, et al., Respondents. [879 NYS2d 804]—Motion for writ of error coram nobis and for other relief denied. Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHAD ROSS, Appellant. [879 NYS2d 804]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CARRASQUILLO, Appellant. [879 NYS2d 804]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Centra, Peradotto and Green, JJ.

■ ROBERT W. BLOOM, JR., et al., Appellants, v RENE F. HENSEL, ESQ., Defendant, and THOMAS D. CLANDRA, ESQ., Respondent. [879 NYS2d 804]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Peradotto, JJ.

■ BETSY ROSS REHABILITATION CENTER, INC., Respondent, v MICHAEL J. BIRNBAUM et al., Appellants and Third-Party Plaintiffs-Appellants. IRENE KAY et al., Third-Party Defendants-Respondents. [879 NYS2d 801]—Motion for clarification granted to the extent that the memorandum and order entered February 6, 2009 (59 AD3d 1034 [2009]) is amended by adding "with interest at the rate of 9% per annum commencing February 6, 2009" after the dollar amount in the ordering paragraph and after the dollar amount in the penultimate sentence of the memorandum, and the motion is otherwise denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.